UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONY NGUYEN,

                    Plaintiff,

          -against-

AMERICAN EXPRESS.,

                    Defendant.

26 CIVIL 002458 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the May 18, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

          SO ORDERED.

 Dated:    May 18, 2026
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge